No. 02–6955. FAISON v. MERRILL LYNCH, PIERCE, FENNER & SMITH INC. ET AL. C. A. 11th Cir.;

No. 02–7182. JOHNSON v. SMART & FINAL STORES CORP. Ct. App. Cal., 2d App. Dist.;

No. 02–7291. SIVILAY v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir.;

No. 02–7517. EVANS *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir.; and

No. 02–7635. CAHN *v.* UNITED STATES ET AL. C. A. 3d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until February 3, 2003, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.